**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC., | |
|     Plaintiff, | |
| v. | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, | Case No. 26-cv-02284 |
|     Defendants. | |

## [PROPOSED] ORDER TO EXCEED PAGE LIMIT

On this day, the Court considered Plaintiff's Motion to Exceed Page Limitation and it is hereby ORDERED that Plaintiff may submit a memorandum of law in support of its *ex parte* application for entry of an order to show cause with a temporary restraining order and other relief in excess of the default 8,750 word limit contained in Local Civil Rule 7.1(c).

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE