**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| HELLSTAR STUDIOS INC., <br><br>    Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br>    Defendants. | Case No. 26-cv-02284 |

**SCHEDULE A TO COMPLAINT**

| DOE No. | Seller Name | Seller URL |
|---|---|---|
| 1 | Fezala | https://www.amazon.com/sp?seller=A3UHE9JZZ7YTFA |
| 2 | Xuri Lanfeng trading | https://www.amazon.com/sp?seller=A1Y45N1RM976TP |
| 3 | BFDGDN | https://us.shein.com/store/home?store_code=2405671739 |
| 4 | CATMALL | https://us.shein.com/store/home?store_code=9682465638 |
| 5 | Civic Thread Co. | https://us.shein.com/store/home?store_code=7965653317 |
| 6 | dshdfhfshf | https://us.shein.com/store/home?store_code=9323742504 |
| 7 | eseghsdfhfd | https://us.shein.com/store/home?store_code=3023570115 |
| 8 | Hai zhi shop | https://us.shein.com/store/home?store_code=5529509797 |
| 9 | haowennvzhuang | https://us.shein.com/store/home?store_code=8177772199 |
| 10 | Hemo Marketplace | https://us.shein.com/store/home?store_code=8596533417 |
| 11 | LY Maxx | https://us.shein.com/store/home?store_code=1167468256 |
| 12 | MNAZUJER SHOP | https://us.shein.com/store/home?store_code=8303628281 |
| 13 | Natural clothing | https://us.shein.com/store/home?store_code=6330403086 |
| 14 | PROJECT 404 | https://us.shein.com/store/home?store_code=2952491651 |
| 15 | rhk moo | https://us.shein.com/store/home?store_code=9725677255 |
| 16 | Turbo Tropics | https://us.shein.com/store/home?store_code=7806479875 |
| 17 | uaddw | https://us.shein.com/store/home?store_code=2980415943 |
| 18 | Unique Tailor | https://us.shein.com/store/home?store_code=4287972490 |

| 19 | Vibe Stitch | https://us.shein.com/store/home?store_code=2732206005 |
|----|-------------|-------------------------------------------------------|
| 20 | Vintage Rig | https://us.shein.com/store/home?store_code=8984934684 |
| 21 | Ya fashion | https://us.shein.com/store/home?store_code=8778219100 |
| 22 | Yehuu | https://us.shein.com/store/home?store_code=5819505691 |
| 23 | Zsquare | https://us.shein.com/store/home?store_code=8927576984 |
| 24 | AA LLING | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226706574 |
| 25 | Acre Wear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226359054 |
| 26 | AmeriVibe Streetwear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225284614 |
| 27 | Big handsomee | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224751141 |
| 28 | BYLQQ | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226266974 |
| 29 | CHEERFUL GIRLS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224751141 |
| 30 | Clothing for salee | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224801749 |
| 31 | EleganteaT | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224997252 |
| 32 | Everyday Glamour | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216703313 |
| 33 | Fashion Forwarda | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222552381 |
| 34 | FGHJKLMFF | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222560609 |
| 35 | Lightweight Styling Gallery | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226934840 |
| 36 | Lynn Han | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220108754 |
| 37 | M Fashionn | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225297975 |
| 38 | NBCLUS Men Tops | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216209484 |
| 39 | Open Joy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226461514 |
| 40 | Orca E | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418223007230 |
| 41 | Regal Bliss | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219589644 |
| 42 | Rush X | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218892716 |
| 43 | Shihui happy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227188879 |

| 44 | Shiny Gear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226927007 |
| 45 | SR Clothing I | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226017704 |
| 46 | TETE KIDS | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418210747633 |
| 47 | Variety wardrobe | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219709639 |
| 48 | Wuyilin LUCKY | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227091081 |
| 49 | xiangyixiang | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225479623 |
| 50 | XPOPLZ M shirts | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220110050 |
| 51 | XUAAA | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227471991 |
| 52 | XUBBB | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227472094 |
| 53 | Yichi studio | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418217805252 |
| 54 | Your design K | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220166343 |
| 55 | YTwo Yi | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224467184 |
| 56 | zhandong one | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226924153 |
| 57 | ChushenTrading | https://www.walmart.com/reviews/seller/102587554 |
| 58 | Fashion T-Shirt Store | https://www.walmart.com/reviews/seller/102836615 |
| 59 | FLEUR FASHION | https://www.walmart.com/reviews/seller/102841742 |