**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HELLSTAR STUDIOS INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, <br><br> Defendants. | Case No. 1:26-cv-02284-LAP |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff HELLSTAR STUDIOS INC. voluntarily dismisses the following Defendants listed on the Schedule A to the Complaint without prejudice:

| No. | Seller Name | Seller URL |
|---|---|---|
| 16 | Turbo Tropics | https://us.shein.com/store/home?store_code=7806479875 |
| 20 | Vintage Rig | https://us.shein.com/store/home?store_code=8984934684 |
| 25 | Acre Wear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226359054 |
| 26 | AmeriVibe Streetwear | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225284614 |
| 27 | Big handsomee | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224751141 |
| 30 | Clothing for salee | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224801749 |
| 32 | Everyday Glamour | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418216703313 |
| 37 | M Fashionn | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418225297975 |

1

| 42 | Rush X | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418218892716 |
| 43 | Shihui happy | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418227188879 |
| 47 | Variety wardrobe | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418219709639 |

Dated: May 12, 2026                    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: /s/*Christopher Tom*
　　Christopher Tom
　　55 Hudson Yards
　　New York, NY 10001
　　ctom@bsfllp.com
　　(212) 446-2300

*Attorney for Plaintiff HELLSTAR STUDIOS INC.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 12, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of the filing of this document.

*/s/ Christopher Tom*
Christopher Tom
