## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>

HELLSTAR STUDIOS INC.,

   Plaintiff,

     v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

   Defendants.

</td><td>

Case No. 1:26-cv-02284-LAP

</td></tr>
</table>

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
### CERTAIN DEFENDANTS WITHOUT PREJUDICE

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| No. | Seller Name | Seller URL |
|---|---|---|
| 4 | CATMALL | https://us.shein.com/store/home?store_code=9682465638 |
| 14 | PROJECT 404 | https://us.shein.com/store/home?store_code=2952491651 |
| 18 | Unique Tailor | https://us.shein.com/store/home?store_code=4287972490 |

SO ORDERED this 21st day of May, 2026.

_Loretta A. Preska_
_____
Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE

1