## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

    Plaintiff,

    v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 1:26-cv-02284-LAP

### ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
### CERTAIN DEFENDANTS WITHOUT PREJUDICE

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendants Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendants are dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| No. | Seller Name | Seller URL |
|---|---|---|
| 15 | rhk moo | https://us.shein.com/store/home?store_code=9725677255 |
| 31 | EleganteaT | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418224997252 |
| 34 | FGHJKLMFF | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418222560609 |
| 50 | XPOPLZ M shirts | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418220110050 |
| 56 | zhandong one | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226924153 |

SO ORDERED this 5th day of June, 2026.

*Loretta A. Preska*
_____
Hon. Loretta A. Preska
Senior United States District Judge

1