## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

HELLSTAR STUDIOS INC.,

    Plaintiff,

    v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

Case No. 1:26-cv-02284-LAP

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS
## CERTAIN DEFENDANT WITHOUT PREJUDICE

The Court has considered Plaintiff's Letter Motion to Dismiss Certain Defendant Without Prejudice and finds that voluntary dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the following defendant is dismissed from this case without prejudice, and with each party bearing their own attorney's fees and costs:

| No. | Seller Name | Seller URL |
|---|---|---|
| 45 | SR Clothing I | https://www.temu.com/mall.html?_bg_fs=1&mall_id=634418226017704 |

SO ORDERED this 10th day of June, 2026.

Hon. Loretta A. Preska
UNITED STATES DISTRICT JUDGE

1